UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSILITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendant*. | Case 1:17-cv-01780-CRC |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff, Public Employees for Environmental Responsibility ("PEER"), and Defendant, the United States Environmental Protection Agency ("EPA"), each by undersigned counsel, submit this joint status report and proposed schedule in response to the Court's minute order dated October 6, 2017.

1. On August 31, 2017, PEER filed a complaint alleging that EPA had failed to respond to its Freedom of Information Act ("FOIA") request for eleven categories of records related to EPA's Superfund Task Force. ECF No. 1. On October 6, 2017, EPA filed an answer and affirmative defenses. ECF No. 10.

2. EPA has been conferring with PEER to clarify the scope of its FOIA request and after the parties reach an agreement, EPA will conduct its search for records responsive to the eleven categories of records in PEER's request. Because the parties are still conferring about the scope of the FOIA request and the search is on-going, EPA is not yet able to estimate the number of records potentially responsive to PEER's request or how long it will take to process those records and disclose responsive, nonexempt information to PEER.

3. For these reasons, the parties jointly propose that the Court defer entering a disclosure schedule at this time and instead order them to file another joint status report within 31 days—on or before Monday, **November 20, 2017**—updating the Court on the status of EPA's searches and proposing a schedule for disclosure at that time.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| /s/ Paula Dinerstein<br>PAULA DINERSTEIN, D.C. Bar #333971<br>Public Employees for Environmental Responsibility<br>962 Wayne Avenue, Suite 610<br>Silver Spring, Maryland<br>Telephone: 254 265 7337<br>pdinerstein@peer.org | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: October 20, 2017